# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Newport News_____ Division

**In re**  David Glenn Caldwell                              **Case No.**  18-51172-SCS

**Debtor(s)**                                                **Chapter**  13

**Plaintiff(s)**                                             **AP No.** *[If applicable]*

**v.**

**Defendant(s)**

## ORDER STRIKING PLEADING

A __Chapter 13 Plan and Related Motions on incorrect form__, having been filed by __David Glenn Caldwell__, on __9/17/2018__, and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

WILLIAM C. REDDEN
Clerk of Court

Date: October 10, 2018           By /s/ Angela Mitchell
                                    Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET  October 10, 2018

[ostrkpldg ver. 12/09]