# United States Bankruptcy Court
## Eastern District of Virginia
### Newport News Division

**TO:**  
Michael P. Cotter  
Chapter 13 Trustee  
870 Greenbrier Circle, Suite 402  
Chesapeake, VA 23320

**In re:** David Glenn Caldwell

**Case Number** 18–51172–SCS  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*28* – Trustee's Objection to Confirmation of Chapter 13 Plan, Notice of Objection to Confirmation of Plan and Notice of Scheduled Hearing on this Objection (Re: related document(s)23 Chapter 13 Plan and Related Motions filed by David Glenn Caldwell) Hearing scheduled for 10/12/2018 at 09:30 AM at Newport News Courtroom, U.S. Courthouse, 2400 West Avenue, Newport News, VA. Filed by Michael P. Cotter (Harris, Shannon)

**REQUIREMENTS OF FORM/PROCESS:**

__ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

__

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

__ Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

__ Not accompanied by proof of service indicating service of motion upon parties required to be served.

__ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

__ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

__ Official Form 420A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__ Official Form 420B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__ Date, time and/or location omitted or incorrect in Notice of Hearing. Hearing will not appear on the Court docket.

__ Notice of Hearing/Response not properly linked to Motion/Application/Objection

**_X_** Continued hearing will not appear on docket; plan stricken.

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date: October 11, 2018

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Diana Morehead, Deputy Clerk  
Direct Dial Telephone No. 757–222–7573

[igmotionvDec2016.jsp]