# United States Bankruptcy Court
### Eastern District of Virginia
Newport News Division
2400 West Avenue, Suite 110
Newport News, VA 23607

**Case Number**  18−51172−SCS
**Chapter**  13
**Judge**  Stephen C. St. John

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David Glenn Caldwell
9470 Chapman Forest Lane
Gloucester, VA 23061

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−1146

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## NOTICE OF RESCHEDULED HEARING

Notice is hereby given that the previously scheduled hearing on

*28* − Trustee's Objection to Confirmation of Chapter 13 Plan, Notice of Objection to Confirmation of Plan and Notice of Scheduled Hearing on this Objection (Re: related document(s)23 Chapter 13 Plan and Related Motions filed by David Glenn Caldwell) Hearing scheduled for 10/12/2018 at 09:30 AM at Newport News Courtroom, U.S. Courthouse, 2400 West Avenue, Newport News, VA. Filed by Michael P. Cotter (Harris, Shannon)

has been rescheduled and will be held at:

**Date:**  October 19, 2018        **Time:**  09:30 AM

**Location:**

U. S. Courthouse, 2400 West Avenue, Newport News, VA 23607

Dated:  October 10, 2018                    For the Court,

                                            William C. Redden, Clerk
[van024BKAP.jsp 12/08]                      United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
David Glenn Caldwell  
    Debtor

Case No. 18-51172-SCS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-6     User: moreheadd     Page 1 of 1     Date Rcvd: Oct 10, 2018  
                     Form ID: VAN024     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db          +E-mail/PDF: exarmysinger@gmail.com Oct 11 2018 04:12:42     David Glenn Caldwell,  
           9470 Chapman Forest Lane,    Gloucester, VA 23061-7000  
                                                                                                                                                                                                                                             TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:  
         John P. Fitzgerald, III     ustpregion04.no.ecf@usdoj.gov  
         Michael P. Cotter     ecftng@mpcch13.com  
                                                                                                                                                                                                                                          TOTAL: 2